IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00159-RJC

| | |
|---|---|
| USA, | ) |
| | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| PATRICK HENRY, | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 40), the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 33), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 40), is **GRANTED** and the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 33), is **DISMISSED** without prejudice.

Signed: December 11, 2013

Robert J. Conrad, Jr.
United States District Judge